**KILPATRICK TOWNSEND & STOCKTON LLP**
JONATHAN W. THOMAS (*Pro Hac Vice* submitted)
jwthomas@ktslaw.com
The Grace Building
1114 Avenue of the Americas
New York, NY  10036
Telephone:  212-775-8700
Facsimile:   212-775-8800

DANIEL E. GAITAN (CA Bar No. 326413)
dgaitan@ktslaw.com
1801 Century Park East Suite 2300
Los Angeles, CA  90067
Telephone:  310-248-3830
Facsimile:   310-860-0363

Attorneys for all Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOEMART LTD D/B/A TRADER JOE, a corporation of the British Virgin Islands; SOJ TRADING LTD D/B/A JOEPEGS, a corporation of the British Virgin Islands; CHENG CHIEH LIU, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-08395-CBM (KSx)<br>*Judge:   Hon. Consuelo B. Marshall*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:        February 27, 2024<br>Time:       10:00 am P.T.<br>Courtroom.: 8D<br><br>Complaint Filed:    October 5, 2023 |

Before the Court is the Motion to Dismiss Plaintiffs Trade Joe's Company's ("Plaintiffs") Complaint (Dkt. 1), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, filed by Defendant Joemart Ltd, Defendant SOJ Trading Ltd, and Defendant Cheng Chieh Liu (collectively, "Defendants"). Defendants seeks dismissal of Plaintiff's Complaint, in its entirety, without leave to amend.

After reviewing the moving, opposition, and reply papers, and after performing a detailed review of the law on exhaustion of administrative remedies, it is hereby ordered:

1. Defendants' Request for Judicial Notice is **GRANTED**.

2. Defendants' Motion to Dismiss is hereby **GRANTED**. Plaintiff's Complaint is dismissed in its entirety, with prejudice, for failure to state a claim upon which relief can be granted.

DATED: _____

HON. CONSUELO B. MARSHALL