# EXHIBIT A

**Page Vault**

| | |
|---|---|
| Document title: | Store Search \| Trader Joe's |
| Capture URL: | https://www.traderjoes.com/home/store-search |
| Page loaded at (UTC): | Fri, 16 Feb 2024 16:11:43 GMT |
| Capture timestamp (UTC): | Fri, 16 Feb 2024 16:12:35 GMT |
| Capture tool: | 10.43.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | t37CH37cMSc5bBpWVwxZe2 |
| User: | DGaitan |

PDF REFERENCE #:          3ih7GPcJh5BJEYFJ2w3k7M

# TRADER JOE'S

My Store: Ashburn   Stores   About Us   Careers   Announcements

Search   Shopping List

## Stores

## Find a Trader Joe's:

**Store Finder**   Opening Soon
Locations By State

Ashburn VA 20149

**Hide Filters** ∧

☐ Beer  ☐ Wine  ☐ Liquor  ☐ Opening Soon



### Trader Joe's Ashburn (619)

44755 Brimfield Dr
Ashburn, VA 20147

GET DIRECTIONS

VIEW STORE DETAILS

**Today's Hours:**

Friday :        8AM – 9PM

**View All Hours** ⌄

**Alcohol:** Beer, Wine

2.03 mi

### Trader Joe's Reston (646)

11958 Killingsworth Ave
Reston, VA 20194

GET DIRECTIONS

VIEW STORE DETAILS

**Today's Hours:**

Mapping Locator Powered by SOCi Copyright © 2024, All Rights Reserved.

## Need help planning your trip?

Be sure to check out **What's New** for the lowdown on the latest products to add to your Shopping List!

| The Fearless Flyer | The Podcast | Recipes |
|---|---|---|

---

Document title: Store Search | Trader Joe&#39;s
Capture URL: https://www.traderjoes.com/home/store-search
Capture timestamp (UTC): Fri, 16 Feb 2024 16:12:35 GMT

**EXHIBIT A - PAGE 005**



44755 Brimfield Dr
Ashburn, VA 20147

**GET DIRECTIONS**

**VIEW STORE DETAILS**

**Today's Hours:**

Friday :          8AM – 9PM

**View All Hours** ⌄

**Alcohol:** Beer, Wine

2.03 mi

### Trader Joe's Reston (646)

11958 Killingsworth Ave
Reston, VA 20194

**GET DIRECTIONS**

**VIEW STORE DETAILS**

**Today's Hours:**

Mapping Locator Powered by SOCi Copyright © 2024, All Rights Reserved.

## Need help planning your trip?

Be sure to check out **What's New** for the lowdown on the latest products to add to your Shopping List!



The Fearless Flyer

**READ IT**

The Podcast

**LISTEN**

Recipes

**TRY**

Fearless Flyer

**Products**
What's New
Food
Beverages
Flowers & Plants
Everything else

**Discover**
Stories
Entertaining
Guides
Subscribe

**Recipes**
Appetizers & Sides
Beverages
Breakfast
Lunch
Dinner
Desserts

**Who We Are**
About Us
Neighborhood Shares
Locations By State
FAQs
Contact Us

Follow us

Copyright © Trader Joe's 2024. All rights reserved.

Terms of Use  |  Privacy Policy  |  Accessibility  |

Transparency in Supply Chains Act  |  Contact Us

**TRADER JOE'S**

Document title: Store Search | Trader Joe&#39;s
Capture URL: https://www.traderjoes.com/home/store-search
Capture timestamp (UTC): Fri, 16 Feb 2024 16:12:35 GMT

EXHIBIT A - PAGE 006

**Page Vault**

| | |
|---|---|
| Document title: | Food Safety Overview \| Trader Joe's |
| Capture URL: | https://www.traderjoes.com/home/announcements/food-safety-overview |
| Page loaded at (UTC): | Fri, 16 Feb 2024 16:13:18 GMT |
| Capture timestamp (UTC): | Fri, 16 Feb 2024 16:13:52 GMT |
| Capture tool: | 10.43.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 8 |
| Capture ID: | gx4AxNpZuCTfYxbXGcE5A2 |
| User: | DGaitan |



☰    **TRADER JOE'S**                                   🔍 Search    🛒 Shopping List

My Store: Ashburn    Stores    About Us    Careers    Announcements

Home > Announcements > Food Safety Overview

# Food Safety Overview

f  📌  🐦  ✉

## Some General Thoughts on Food Safety

At Trader Joe's, nothing is more important than the health and safety of our customers and Crew Members. With this in mind, we do the daily work to make certain our products meet our stringent food safety expectations. We don't take any chances when it comes to product safety and quality.

We have a close relationship with our vendors. We err on the side of caution and are proactive in addressing issues. We voluntarily take action quickly, aggressively investigating potential problems and removing the product from sale if there is any doubt about its safety or quality.

We value information and clear communication. Should a recall become necessary, we waste no time in providing our customers details. Our recall-related communications go well beyond regulatory requirements: we share news through in-store signs, on our website, and through email alerts.

With more than five decades of experience working directly with the producers of our products, we stand by our proactive practices and continually improve our food safety processes. We take these matters seriously—personally, even, as our families eat and drink TJ's products, too.

## Recall Archive (2023)

November 29, 2023

### VOLUNTARY RECALL: Potential Salmonella in Cantaloupe



To our Valued Customers,

[**UPDATED 12/11/23**] Related to an ongoing nationwide FDA investigation of fresh cantaloupe sold at many grocery stores and other food retailers, we have been alerted by our suppliers that the products listed below (with corresponding code dates and sold only in the listed states) may have the potential to be contaminated with Salmonella. The potentially impacted products have all expired by November 8, 2023. While no illnesses have been reported, if you have purchased these items and frozen them for later use, please do not eat them. We urge you to discard the products and go to any Trader Joe's for a full refund.

- Whole Cantaloupe (sku# 20669/PLU 4050)—branded as "**Malichita**" or "**Rudy**"—sold only in **northern CA** and **northern NV** stores

states) may have the potential to be contaminated with Salmonella. The potentially impacted products have all expired by November 8, 2023. While no illnesses have been reported, if you have purchased these items and frozen them for later use, please do not eat them. We urge you to discard the products and go to any Trader Joe's for a full refund.

- Whole Cantaloupe (sku# 20669/PLU 4050)—branded as "**Malichita**" or "**Rudy**"—sold only in **northern CA** and **northern NV** stores between **10/24/23** and **11/5/23**
- Fresh Cut Cantaloupe Chunks (sku# 95266) and Fresh Cut Fruitful Medley (#54991)—**SELL BY** dates **11/1/23, 11/2/23, 11/4/23, 11/6/23, 11/7/23,** and **11/8/23**—sold only in **AL, FL, GA, IL, IN, IA, KS, KY, MI, MN, MO, NE, OH, SC, TN,** and **WI** stores.

Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

---

August 22, 2023

### RECALL: Potential Undeclared Milk in Texas Tamale Company Gourmet Black Bean Tamales



*UPDATED 08.24.23 to include AL stores*

To Our Valued Customers:

We have been alerted by our supplier of Texas **Tamale Company Gourmet Black Bean Tamales** (UPC# 717725000580) that product with a **BEST BEFORE** date of **06/19/25** and **Lot code 17023** — sold only in AL, AR, CO, KS, LA, NM, OK, TN, and TX stores — may contain undeclared milk. No illnesses have been reported to date, and all potentially affected product has been removed from sale. If you purchased Texas Tamale Company Gourmet Black Bean Tamales, please do not eat them. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

---

August 17, 2023

### RECALL: Potential Foreign Material (Metal) in Multigrain Crackers with Sunflower and Flax Seeds



To Our Valued Customers:

We have been alerted by our supplier of **Trader Joe's Multigrain Crackers with Sunflower and Flax Seeds** (SKU# 76156) that product with **Best If Used By** dates **03/01/24 – 03/05/24** may contain metal. No injuries have been reported to date, and all potentially affected product has been removed from sale and destroyed. If you purchased or received any donations of Multigrain Crackers with Sunflower and Flax Seeds, please do not eat them. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

---

July 28, 2023

### RECALL: Potential Foreign Material (Rocks) in Fully Cooked Falafel



To Our Valued Customers:

We have been alerted by our supplier of **Trader Joe's Fully Cooked Falafel** (SKU#

TRADER JOE'S
☰     🔍 Search     🛒 Shopping List

RECALL: Potential Foreign Material (Rocks) in Fully Cooked Falafel



To Our Valued Customers:

We have been alerted by our supplier of **Trader Joe's Fully Cooked Falafel** (SKU# 93935) that the product — sold only in AL, AR, CO, CT, DE, FL, GA, IA, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, NC, NE, NH, NJ, NM, NY, OH, OK, PA, RI, SC, TN, TX, VA, VT, Washington DC, and WI stores — may contain rocks. All potentially affected product has been removed from sale and destroyed. If you purchased or received any donations of Fully Cooked Falafel, please do not eat them. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

---

July 27, 2023

RECALL: Potential Foreign Material (Insects) in Unexpected Broccoli Cheddar Soup



To Our Valued Customers:

We have been alerted by our supplier of **Trader Joe's Unexpected Broccoli Cheddar Soup** (SKU# 68470) that product with **Use By** dates **07/18/23 – 09/15/23** may contain insects. No known adverse health effects have been reported to date, and all potentially affected product has been removed from sale and destroyed. If you purchased or received any donations of Unexpected Broccoli Cheddar Soup, please discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

---

July 25, 2023

RECALL: Potential Foreign Material (Rocks) in Almond Windmill Cookies and Dark Chocolate Chunk and Almond Cookies



*UPDATED July 25, 2023 to include Almond Windmill Cookies SELL BY date of 10/02/23*

To Our Valued Customers:

We have been alerted by our supplier of **Trader Joe's Almond Windmill Cookies** (SKU# 98744) and **Trader Joe's Dark Chocolate Chunk and Almond Cookies** (SKU# 82752) that product with the below **SELL BY** date codes may contain rocks:

- Almond Windmill Cookies: **SELL BY 10/02/23** and **10/19/23** through **10/21/23**
- Dark Chocolate Chunk and Almond Cookies: **SELL BY 10/17/23** through **10/21/23**

All potentially affected product has been removed from sale and destroyed. If you purchased or received any donations of Almond Windmill Cookies and/or Dark Chocolate Chunk and Almond Cookies, please do not eat them. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

purchased or received any donations of Almond Windmill Cookies and/or Dark Chocolate Chunk and Almond Cookies, please do not eat them. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

June 21, 2023

### RECALL: Potential *Listeria Monocytogenes* in Organic Tropical Fruit Blend



To our Valued Customers,

We have been alerted by our supplier of **Trader Joe's Organic Tropical Fruit Blend** (SKU# 51191) that the product may have the potential to be contaminated with Listeria monocytogenes. No illnesses have been reported to date, and all potentially affected product has been removed from sale and destroyed. If you purchased or received any donations of Organic Tropical Fruit Blend, please do not eat it. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

June 6, 2023

### RECALL: Potential Overheating Risk with Tomato Leaf Scented Candle



To Our Valued Customers:

**Trader Joe's Tomato Leaf Scented Candle** (SKU# 75090) may crack or break during use, due to the glass jar overheating, causing potential injury and/or damage. If you purchased the Tomato Leaf Scented Candle, please do not use it. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

May 24, 2023

### RECALL: Potential Glass in Instant Cold Brew Coffee



To Our Valued Customers:

We have been alerted by our supplier of **Trader Joe's Instant Cold Brew Coffee** (SKU# 67436) that product with **EXP** date codes **6/13/2024**, **11/26/2024**, and **12/30/2024** may contain glass.

No injuries have been reported to date, and all potentially affected product has been removed from sale. If you purchased or received donations of any Instant Cold Brew Coffee with the aforementioned date codes, please do not use them. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626)



No injuries have been reported to date, and all potentially affected product has been removed from sale. If you purchased or received donations of any Instant Cold Brew Coffee with the aforementioned date codes, please do not use them. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

---

May 4, 2023

### RECALL: Potential Undeclared Milk and Walnuts in Genova Pesto



To Our Valued Customers:

We have been alerted by our supplier of **Trader Joe's Genova Pesto** (SKU# 15759) that product with a **Use By** date of **05/27/2023** — sold only in AL, AZ, CA, FL, GA, ID, NC, NV, OR, SC, TN, UT, VA, and WA stores — may contain undeclared milk and walnuts.

No illnesses or allergic reactions have been reported to date, and all potentially affected product has been removed from sale. If you purchased or received any donations of Genova Pesto with the affected Use By date and have a milk or walnut allergy, please do not eat it. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

---

March 16, 2023

### RECALL: Potential Hepatitis A in Organic Tropical Fruit Blend



To Our Valued Customers:

We have been alerted by our supplier of **Trader Joe's Organic Tropical Fruit Blend** (SKU# 51191) that product with **BEST BY dates of 04/25/24, 05/12/24, 05/23/24, 05/30/24, and 06/07/24** may have the potential to be contaminated with Hepatitis A. No illnesses have been reported to date, and all potentially affected product has been removed from sale and destroyed. If you purchased any Organic Tropical Fruit Blend, please do not eat it. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**. For more information about Hepatitis A exposure and treatment, please visit the FDA website.

---

March 10, 2023

### RECALL: Potential Undeclared Cashews in Wine Country White Chicken Salad with Cranberries & Pecans

March 10, 2023

## RECALL: Potential Undeclared Cashews in Wine Country White Chicken Salad with Cranberries & Pecans



To Our Valued Customers:

We have been alerted by our supplier of **Trader Joe's Wine Country White Chicken Salad with Cranberries & Pecans** (SKU# 91182) that product with code **Best by 03/12/23** — sold only in our ID, OR, and WA stores — may contain undeclared cashews. No illnesses or allergic reactions have been reported to date, and all potentially affected product has been removed from sale. If you purchased any Wine Country White Chicken Salad with Cranberries & Pecans with the affected code and have a cashew allergy, please do not eat it. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

March 4, 2023

## RECALL: Potential Undeclared Wheat in Lemon Chicken & Arugula Salad



To Our Valued Customers:

We have been alerted by our supplier of **Trader Joe's Lemon Chicken & Arugula Salad** (SKU# 97436) that product with code **Best by 03/06/23 GHNW 059-06** — sold only in our ID, OR, and WA stores — may contain undeclared wheat. No illnesses or allergic reactions have been reported to date, and all potentially affected product has been removed from sale. If you purchased any Lemon Chicken & Arugula Salad with the affected code and have a wheat allergy, please do not eat it. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.



The Fearless Flyer

READ IT

The Podcast

LISTEN

Recipes

TRY

**Products**
What's New
Food
Beverages
Flowers & Plants
Everything else

**Discover**
Stories
Entertaining
Guides
Subscribe

**Recipes**
Appetizers & Sides
Beverages
Breakfast
Lunch
Dinner
Desserts

**Who We Are**
About Us
Neighborhood Shares
Locations By State
FAQs
Contact Us



To Our Valued Customers:

We have been alerted by our supplier that **Trader Joe's Wine Country White Chicken Salad with Cranberries & Pecans** (SKU# 91182) that product with code **Best by 03/12/23** — sold only in our ID, OR, and WA stores — may contain undeclared cashews. No illnesses or allergic reactions have been reported to date, and all potentially affected product has been removed from sale. If you purchased any Wine Country White Chicken Salad with Cranberries & Pecans with the affected code and have a cashew allergy, please do not eat it. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.

---

March 4, 2023

### RECALL: Potential Undeclared Wheat in Lemon Chicken & Arugula Salad



To Our Valued Customers:

We have been alerted by our supplier that **Trader Joe's Lemon Chicken & Arugula Salad** (SKU# 97436) that product with code **Best by 03/06/23 GHNW 059-06** — sold only in our ID, OR, and WA stores — may contain undeclared wheat. No illnesses or allergic reactions have been reported to date, and all potentially affected product has been removed from sale. If you purchased any Lemon Chicken & Arugula Salad with the affected code and have a wheat allergy, please do not eat it. We urge you to discard the product or return it to any Trader Joe's for a full refund. Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an email**.



**The Fearless Flyer**

READ IT

**The Podcast**

LISTEN

**Recipes**

TRY

Fearless Flyer

**Products**
What's New
Food
Beverages
Flowers & Plants
Everything else

**Discover**
Stories
Entertaining
Guides
Subscribe

**Recipes**
Appetizers & Sides
Beverages
Breakfast
Lunch
Dinner
Desserts

**Who We Are**
About Us
Neighborhood Shares
Locations By State
FAQs
Contact Us

**Follow us**

   

Copyright © Trader Joe's 2024. All rights reserved.

Terms of Use  |  Privacy Policy  |  Accessibility  |
Transparency in Supply Chains Act  |  Contact Us

**TRADER JOE'S**

---

**Page Vault**

| | |
|---|---|
| Document title: | Announcements \| Trader Joe's |
| Capture URL: | https://www.traderjoes.com/home/announcements?category=recalls&id=1346348628 |
| Page loaded at (UTC): | Fri, 16 Feb 2024 16:14:08 GMT |
| Capture timestamp (UTC): | Fri, 16 Feb 2024 16:14:50 GMT |
| Capture tool: | 10.43.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | hPJ9WYGvjUxBRCN9rkDDay |
| User: | DGaitan |



My Store: Ashburn    Stores    About Us    Careers    Announcements

≡    **TRADER JOE'S**    🔍 Search    📋 Shopping List

# Announcements

Store Openings    Caring For Our Communities    Customer Updates    **Recalls**

---

## RECALL: Potential Listeria monocytogenes in Certain Products Containing Cotija Cheese

**Recalls**
February 7, 2024

  

  

**T**o Our Valued Customers:

Related to an FDA recall of Rizo-López Foods, Inc. dairy items used in a wide variety of foods from many retail brands, we are recalling the products listed below made with cotija cheese, as the cheese has the potential to be contaminated with *Listeria monocytogenes.*

- Chicken Enchiladas Verde (sku 58292)
- Cilantro Salad Dressing (sku 36420)
- Elote Chopped Salad Kit (sku 74768)

∨ **Read More**

---

**Recalls**
February 3, 2024

## RECALL: Potential Foreign Material in Chicken, Lentil & Caramelized Onion Pilaf

---

Document title: Announcements | Trader Joe&#39;s
Capture URL: https://www.traderjoes.com/home/announcements?category=recalls&amp;id=1346348628
Capture timestamp (UTC): Fri, 16 Feb 2024 16:14:50 GMT

**EXHIBIT A - PAGE 016**

Page 1 of 2





**T**o Our Valued Customers:

Related to an FDA recall of Rizo-López Foods, Inc. dairy items used in a wide variety of foods from many retail brands, we are recalling the products listed below made with cotija cheese, as the cheese has the potential to be contaminated with *Listeria monocytogenes*.

- Chicken Enchiladas Verde (sku 58292)
- Cilantro Salad Dressing (sku 36420)
- Elote Chopped Salad Kit (sku 74768)

∨ **Read More**

---

**Recalls**
February 3, 2024

**RECALL: Potential Foreign Material in Chicken, Lentil & Caramelized Onion Pilaf**

---

**Recalls**
July 28, 2023

**Food Safety & Product Recalls**

---



The Fearless Flyer — **READ IT**

The Podcast — **LISTEN**

Recipes — **TRY**

**Products**
What's New
Food
Beverages
Flowers & Plants
Everything else

**Discover**
Stories
Entertaining
Guides
Subscribe

**Recipes**
Appetizers & Sides
Beverages
Breakfast
Lunch
Dinner
Desserts

**Who We Are**
About Us
Neighborhood Shares
Locations By State
FAQs
Contact Us

**TRADER JOE'S**

**Follow us**

   

Copyright © Trader Joe's 2024. All rights reserved.

Terms of Use | Privacy Policy | Accessibility |

Transparency in Supply Chains Act | Contact Us

---

Document title: Announcements | Trader Joe's
Capture URL: https://www.traderjoes.com/home/announcements?category=recalls&amp;id=1346348628
Capture timestamp (UTC): Fri, 16 Feb 2024 16:14:50 GMT

**EXHIBIT A - PAGE 017**

**Page Vault**

| | |
|---|---|
| Document title: | Announcements \| Trader Joe's |
| Capture URL: | https://www.traderjoes.com/home/announcements?category=recalls&id=991663544 |
| Page loaded at (UTC): | Fri, 16 Feb 2024 16:14:55 GMT |
| Capture timestamp (UTC): | Fri, 16 Feb 2024 16:15:20 GMT |
| Capture tool: | 10.43.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | pCLfZZonGqQnjPs8jDdQyR |
| User: | DGaitan |



 Search    Shopping List



# Announcements

Store Openings   Caring For Our Communities   Customer Updates   **Recalls**

---

# RECALL: Potential Foreign Material in Chicken, Lentil & Caramelized Onion Pilaf

**Recalls**
February 3, 2024

   ✉



**T**o Our Valued Customers:

We are recalling **Trader Joe's Chicken, Lentil & Caramelized Onion Pilaf** (SKU# 75473) due to the potential presence of foreign material.

If you purchased **Chicken, Lentil & Caramelized Onion Pilaf**, please discard the product or return it to any Trader Joe's for a full refund.

Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an**

⌄ **Read More**

---

**Recalls**
February 7, 2024





**T**o Our Valued Customers:

We are recalling **Trader Joe's Chicken, Lentil & Caramelized Onion Pilaf** (SKU# 75473) due to the potential presence of foreign material.

If you purchased **Chicken, Lentil & Caramelized Onion Pilaf**, please discard the product or return it to any Trader Joe's for a full refund.

Customers with questions may contact Trader Joe's Customer Relations at (626) 599-3817 [Monday through Friday, 6:00 am to 6:00 pm Pacific Time] or **send us an**

˅ **Read More**

---

**Recalls**
February 7, 2024

**RECALL: Potential Listeria monocytogenes in Certain Products Containing Cotija Cheese**

---

**Recalls**
July 28, 2023

**Food Safety & Product Recalls**

---

| The Fearless Flyer | The Podcast | Recipes |
|---|---|---|
| **READ IT** | **LISTEN** | **TRY** |

| Products | Discover | Recipes | Who We Are |
|---|---|---|---|
| What's New | Stories | Appetizers & Sides | About Us |
| Food | Entertaining | Beverages | Neighborhood Shares |
| Beverages | Guides | Breakfast | Locations By State |
| Flowers & Plants | Subscribe | Lunch | FAQs |
| Everything else | | Dinner | Contact Us |
| | | Desserts | |

Follow us

   

Copyright © Trader Joe's 2024. All rights reserved.

Terms of Use | Privacy Policy | Accessibility |

Transparency in Supply Chains Act | Contact Us

**TRADER JOE'S**

**Page Vault**

| | |
|---|---|
| Document title: | Announcements \| Trader Joe's |
| Capture URL: | https://www.traderjoes.com/home/announcements?category=customer-updates&id=2025828920 |
| Page loaded at (UTC): | Fri, 16 Feb 2024 16:15:57 GMT |
| Capture timestamp (UTC): | Fri, 16 Feb 2024 16:16:50 GMT |
| Capture tool: | 10.43.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | brFzgbQFGxuxApnTfYSyi9 |
| User: | DGaitan |




☰   **TRADER JOE'S**          Q Search    ☰ Shopping List

# Announcements

Store Openings    Caring For Our Communities    **Customer Updates**    Recalls

---

# A Note On Certain Trader Joe's Cookies

**Customer Updates**
August 17, 2023

   




**T**o our Valued Customers:

We were alerted by one of our suppliers on July 14th of the potential for undeclared peanuts in certain products. Our Food Safety team promptly alerted our stores and warehouses to remove product from shelves and place it on hold while we investigated where it may have been shipped and/or sold.

During the course of our investigation (and related to a recent FDA report), our stores, warehouses, and supplier confirmed that **all potentially impacted product was never shipped to stores and never sold to our customers.**

⌄ **Read More**

---

**Customer Updates**
March 2, 2021

### Thoughts on Third-party Resellers of TJ's Products

---

**Customer Updates**
March 2, 2021

### A Note About Our Product Naming

---

**Customer Updates**

---

Document title: Announcements | Trader Joe&#39;s
Capture URL: https://www.traderjoes.com/home/announcements?category=customer-updates&amp;id=2025828920
Capture timestamp (UTC): Fri, 16 Feb 2024 16:16:50 GMT

**EXHIBIT A - PAGE 022**



To our Valued Customers:

We were alerted by one of our suppliers on July 14th of the potential for undeclared peanuts in certain products. Our Food Safety team promptly alerted our stores and warehouses to remove product from shelves and place it on hold while we investigated where it may have been shipped and/or sold.

During the course of our investigation (and related to a recent FDA report), our stores, warehouses, and supplier confirmed that **all potentially impacted product was never shipped to stores and** never sold to our customers.

⌄ **Read More**

---

**Customer Updates**
March 2, 2021

### Thoughts on Third-party Resellers of TJ's Products

---

**Customer Updates**
March 2, 2021

### A Note About Our Product Naming

---

**Customer Updates**
March 2, 2021

### About Misleading Online Coupon, Discount or Gift Card Offerings

---



**The Fearless Flyer**

READ IT

**The Podcast**

LISTEN

**Recipes**

TRY

**Products**
What's New
Food
Beverages
Flowers & Plants
Everything else

**Discover**
Stories
Entertaining
Guides
Subscribe

**Recipes**
Appetizers & Sides
Beverages
Breakfast
Lunch
Dinner
Desserts

**Who We Are**
About Us
Neighborhood Shares
Locations By State
FAQs
Contact Us

**Follow us**

   

Copyright © Trader Joe's 2024. All rights reserved.

Terms of Use | Privacy Policy | Accessibility |

Transparency in Supply Chains Act | Contact Us

**TRADER JOE'S**

---

Document title: Announcements | Trader Joe's

Capture URL: https://www.traderjoes.com/home/announcements?category=customer-updates&id=2025828920

Capture timestamp (UTC): Fri, 16 Feb 2024 16:16:50 GMT

EXHIBIT A - PAGE 023