1 | David R. Eberhart (CA Bar No. 195474)
2 | **O'MELVENY & MYERS LLP**
  | Two Embarcadero Center, 28th Floor
3 | San Francisco, CA  94111
  | Telephone:  415-984-8700
4 | Facsimile:   415-984-8701

5 | Attorneys for Plaintiff, TRADER JOE'S COMPANY

6 | **KILPATRICK TOWNSEND & STOCKTON LLP**
7 | JONATHAN W. THOMAS (*Pro Hac Vice* granted)
  | jwthomas@ktslaw.com
8 | The Grace Building
  | 1114 Avenue of the Americas
9 | New York, NY  10036
  | Telephone:  212-775-8700
10 | Facsimile:   212-775-8800

11

12 | DANIEL E. GAITAN (CA Bar No. 326413)
   | dgaitan@ktslaw.com
13 | 1801 Century Park East Suite 2300
   | Los Angeles, CA  90067
14 | Telephone:  310-248-3830
   | Facsimile:   310-860-0363
15

16 | Attorneys for All Defendants

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| TRADER JOE'S COMPANY, a California corporation, | Case No. 2:23-cv-08395-CBM (KSx) |
|---|---|
| Plaintiff, | *Judge:*  Hon. Consuelo B. Marshall |
| v. | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| JOEMART LTD D/B/A TRADER JOE, a corporation of the British Virgin Islands; SOJ TRADING LTD D/B/A JOEPEGS, a corporation of the British Virgin Islands; CHENG CHIEH LIU, an individual; and DOES 1-10, | Complaint Filed:  October 5, 2023 |
| Defendants. | |

1

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Trader Joe's Company and Defendants Joemart Ltd. d/b/a Trader Joe, SOJ Trading Ltd d/b/a Joepegs, and Defendant Cheng Chieh Liu hereby stipulate and agree Plaintiff's claims for relief against Defendants in the above-captioned action are dismissed without prejudice, with all attorney's fees, costs of court, and expenses borne by the party incurring same.

DATED: May 28, 2024          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Jonathan W. Thomas*
DANIEL E. GAITAN
JONATHAN W. THOMAS (*pro hac vice Granted*)

Attorneys for All Defendants

DATED: May 28, 2024          Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ David R. Eberhart*
DAVID R. EBERHART

Attorneys for Plaintiff TRADER JOE'S COMPANY

## ATTESTATION

I hereby attest that all signatories listed, on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/ David R. Eberhart*
David R. Eberhart

2